UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Running Deer Van Thomas Green

VS.                                Civil No.    3:03cv601   (AWT)

Owners of 228 Oak Street

Requesting legal council for the Plaintiff
Running Deer Van Thomas Green

------------------------------------------------------------------------

Plaintiff requesting that the court admit for the purpose of civil action 3:03cv601 (AWT)

legal council for plaintiff, plaintiff was unable to procure legal council.

------------------------------------------------------------------------

Dated the 25 Day of September 2003

*[signature]*
Planintiff

CERTIFICATION
----------------------

This is to Certify that on this 10th Day of November, the foregoing was either mailed, postpaid, or hand-delivered to:

Halloran/Sage LLP
one Goodwin square
225 Asylum Street
Hartford, CT 06103

Tennis Associates
228 Oakwood road
Glastonbury, Conn. 06033

Cushman/ Wakefield
Of Connecticut, Inc.
628 Hebron avenue
Building 2, suite 305
Glastonbury, Conn. 06033-1419

Mashantucket pequot Tribe
PO Box 3060
Mashantucket CT. 06338

_Van Green_
Running Deer Van T. Green