UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Running Deer Van Thomas Green

VS.                                    Civil No.    3:03cv601  (AWT)

Owners of 228 Oak Street

Requesting legal council for the Plaintiff
Running Deer Van Thomas Green
--------------------------------------------------------------------------------

Plaintiff requesting that the court admit for the purpose of civil action 3:03cv601 (AWT)

legal council for plaintiff, plaintiff was unable to procure legal council.
--------------------------------------------------------------------------------

Dated the 25 Day of  September 2003

_Van Green_
Planintiff

DENIED, after review of the complaint and the factors set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986) and Cooper v. Sargenti, 877 F.2d
(2d Cir. 1989). It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/25/03