UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 19 A 7 39

U.S. DISTRICT COURT
HARTFORD, CT.

Running Deer Van Thomas Green
Name of Plaintiff/Petitioner

v.                                             Case No. 3,03Cv 601( AWT)

John EckHouse 228 Oak Street
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1.  Your full name: Runing Deer Van Thomas Green

    Your present mailing address: 387 High Street

    Middletown Conn. 06457

    Telephone number: ( 860 575-7144

2.  Are you presently employed? YES ___ NO x

3.  If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

    None

    None

    Weekly earnings: None

4.  If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. HR Block

    1/2/2000

(Rev. 1/2/03)

Date last worked: 2/28/2003

Weekly earnings: _____ $300.00 _____

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? 600.00

   b) interest, dividends, rents or investments of any kind? _____ None _____

   c) gifts or inheritances of any kind? _____ None _____

6. How much money do you have in any checking or savings account(s)?

   Checking: _____ None _____

   Savings: _____ None _____

   Prison account: _____ None _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO _x_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _____ Yes _____

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Student Loans | 6,000.00 |
   | Landlord | 10,000.00 |
   | State Of Connecticut | 42,000.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

    David Green

    Anita Green

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO _x_

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. ___in this space in time, unemployed___
    ___at this time.___

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Basis of this claim, is"

    ___Land were transferred in violation of federal law" lands were transferred in violations___

(Additional space on next page)

3

of state law , lands were tranferred with out signatures , and without Deeds lands lande transferred without General court approval , and in violation, of sec,5 of the non-trade intercourse act of july 22, 1790

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ___ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _____ Joe Kitto _____

   Date you contacted this attorney _____ 12-4-2003 _____

   Method of contact (in person, by telephone, etc.) __ by phone __

   Reason why attorney was not employed to handle your case _____
   He wanted to look over the complaint, his location is in washington D.C.

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _____

c) Attorney's name _____

  Date you contacted this attorney _____

  Method of contact (in person, by telephone, etc.) _____

  _____

  Reason why attorney was not employed to handle your case _____

  _____

  _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

  _____

  _____

  _____

  _____

  _____

16. Please provide any other information which supports your application for the court to appoint counsel. _____

  _____

  _____

  _____

  _____

17. Do you need a lawyer who speaks a language other than English?
    YES _x_ NO ___

    If you answered YES, what language do you speak? _English_

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_12/15/2003_  
Date

_[signature]_  
Original Signature of Movant

_387 High Street_

_Middletown Connecticut_

_Van H Vreen_  
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Halloran/Sage LLP one Goodwin Square 225 Assylum Street Hartford, Ct 06103

Tennis Association 228 oaf street Glastonbury, Ct 06033.

Cushman/ wakefield of Conn, Inc 628Hebron Ave Build 2, suite 305 Glastonbury,CT. 06033-1419

Mashantucket pequot tribe PO Box 3060 mashantucket Ct06338

_____
Original Signature of Movant

(Rev. 1/2/03)

CERTIFICATION
-------------------------

This is to Certify that on this 10th Day of November, the foregoing was either mailed, postpaid, or hand-delivered to:

Halloran/Sage LLP
one Goodwin square
225 Asylum Street
Hartford, CT 06103

Tennis Associates
228 Oakwood road
Glastonbury, Conn. 06033

Cushman/ Wakefield
Of Connecticut, Inc.
628 Hebron avenue
Building 2, suite 305
Glastonbury, Conn. 06033-1419

Mashantucket pequot Tribe
PO Box 3060
Mashantucket CT. 06338

_____
Running Deer Van T. Green