

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 19 A 7 34

U.S. DISTRICT COURT
HARTFORD, CT

Running Deer Van Thomas Green
Name of Plaintiff/Petitioner

v.                                       Case No. __3,03Cv 601( AWT)__

John EckHouse 228 Oak Street
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: __Runing Deer Van Thomas Green__

    Your present mailing address: __387 High Street__

    __Middletown Conn. 06457__

    Telephone number: __( 860 575-7144__

2. Are you presently employed?   YES ____   NO _x_

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. ____

    None

    None

    Weekly earnings: __None__

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. __HR Block__

    1/2/2000

(Rev. 1/2/03)

*[Left margin, rotated]: DENIED, after review of the factors set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986) and Cooper v. Sargenti, 877 F.2d 170 (2d Cir. 1989). It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, 12/24/03*