FILED

2004 SEP -8 P 12: 07



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUNNING DEER
      Plaintiff : CIVIL ACTION NO.
: 3:03CV00601 (AWT)
VS. :
:
:
:
OWNERS OF 228, ET AL. : SEPTEMBER 7, 2004
      Defendants :

**MOTION BY DEFENDANT EDWARD KALINOWSKI FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO REVERSE PORTION OF COMPLAINT AND DIRECT THAT THE DISTRICT COURT ENTER JUDGMENT WITHOUT PREJUDICE**

The defendant, Edward Kalinowski ("Defendant"), hereby moves for a 15 day extension of time to respond to the Plaintiff's Motion to Reverse Portion of the Complaint And Direct That District Court Enter Judgment Without Prejudice (the "Motion").

Defendant requests this additional time in order to fully analyze the requested relief contained in the Motion and to properly prepare his response.

Counsel for Defendant attempted to contact the plaintiff to seek the plaintiff's position regarding this request at the telephone number the plaintiff

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

provided to the Court; however, Defendant's counsel was unable to ascertain the plaintiff's position regarding the request.

This is the first request for an extension of time to respond to the Motion.

WHEREFORE, Defendant respectfully requests that the court grant Defendant's request for enlargement of time to respond to the Motion.

DEFENDANT,
EDWARD KALINOWSKI

BY: *Patrick M. Birney* \*
Duncan J. Forsyth
Fed. Bar No. ct 00027
Patrick M. Birney
Fed. Bar No. ct19875
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

\* Signed by permission

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of September 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Running Deer Van Thomas Green
387 High Street
Middletown, CT 06457
Portland, CT 06480

_Patrick M. Birney_ *
Patrick M. Birney
* signed by permission

590883.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105