

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUNNING DEER<br>Plaintiff | CIVIL ACTION NO.<br>3:03CV00601 (AWT) |
| VS. | |
| OWNERS OF 228, ET AL.<br>Defendants | July 9, 2003 |

### DEFENDANT EDWARD KALINOWSKI'S
### MOTION TO DISMISS PLAINTIFF'S OPERATIVE COMPLAINT

The defendant, Edward Kalinowski ("Kalinowski" or "Defendant") respectfully moves to dismiss the plaintiff, Running Deer Van Thomas Green's ("Plaintiff"), Complaint, dated April 2, 2003, Amended Complaint, dated April 25, 2003, and Second Amended Complaint, dated May 28, 2003 (collectively the "Operative Complaint").

In support of this Motion, Defendant submits the following:

Defendant seeks to dismiss the Operative Complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure because Plaintiff does not have constitutional standing or statutory standing to prosecute the action.

Defendant moves to dismiss Plaintiff's Operative Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure because (1) Defendant is immune from liability for acts conducted in performance of his official duties as First Selectman of the Town of Portland; (2) Plaintiff has failed to sufficiently allege that he is entitled to Relief under

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

---

*[Margin annotation, left side, rotated:]* DENIED, as moot. The plaintiff did not include defendant Kalinowski in the Amended Complaint, nor does he object to dismissing all claims against defendant Kalinowski without prejudice. See plaintiff's Motion to Reverse this Portion of the Complaint and Direct that the District Court Enter Judgment Without Prejudice (Doc. No. 25) filed in companion Case No. 3:03cv602. It is so ordered.