03CV601MtNext

30



FILED
2004 SEP -8 P 12: 07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUNNING DEER<br>Plaintiff | : | CIVIL ACTION NO.<br>3:03CV00601 (AWT) |
| VS. | : | |
| OWNERS OF 228, ET AL.<br>Defendants | : | SEPTEMBER 7, 2004 |

**MOTION BY DEFENDANT EDWARD KALINOWSKI FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO REVERSE PORTION OF COMPLAINT AND DIRECT THAT THE DISTRICT COURT ENTER JUDGMENT WITHOUT PREJUDICE**

The defendant, Edward Kalinowski ("Defendant"), hereby moves for a 15 day extension of time to respond to the Plaintiff's Motion to Reverse Portion of the Complaint And Direct That District Court Enter Judgment Without Prejudice (the "Motion").

Defendant requests this additional time in order to fully analyze the requested relief contained in the Motion and to properly prepare his response.

Counsel for Defendant attempted to contact the plaintiff to seek the plaintiff's position regarding this request at the telephone number the plaintiff

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

---

*[Left margin, rotated]:* DENIED, as moot. See marginal endorsement on Motion to Reverse this Portion of the Complaint and Direct that the District Court Enter Judgment Without Prejudice (Doc. No. 25) filed in companion Case No. 3:03cv602. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 09/14/04

*[Left margin]:* 03CV601end#30  FILED 2004 SEP -8 P 12:07