UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RUNNING DEER VAN THOMAS GREEN   :

      v.   :   CASE NO. 3:03CV601 (AWT)

OWNERS OF 228 OAKWOOD ROAD,   :
TENNIS ASSOCATES AT 95-107
OAKWOOD ROAD, MEDIA PROPERTIES   :
AND OAKWOOD LLC, EDWARD
KALINOWSKI, CUSHMAN &
WAKEFIELD OF CONNECTICUT,   :
GLASTONBURY TENNIS CLUB,
WESLEYAN UNIVERSITY, DOUGLAS   :
BENNETT, and MICHAEL R. AUGERI
d/b/a TOWN & COUNTRY AUTO   :
SALES, INC.

## JUDGMENT

This action having come on for consideration of the defendants' motions to dismiss, before the Honorable Alvin W. Thompson, United States District Judge.

The court having considered the full record of the case including applicable principles of law. On August 1, 2003, the plaintiff filed an amended complaint, in which the defendants Edward Kalinowski, Oakwood LLC, Media Properties, Tennis Association, and Owners of 228 were not named, and these defendants were dismissed from the amended complaint. On September 30, 2005, the court filed a ruling granting motions to dismiss filed by Douglas Bennett, Wesleyan University, and Michael R. Augeri, and these defendants were dismissed from the amended complaint. On February 22, 2006, the court filed an order of dismissal regarding remaining defendants, Cushman & Wakefield of Connecticut, and Glastonbury

Tennis Club, and these defendants were dismissed from the amended complaint.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, and this case is dismissed.

Dated at Hartford, Connecticut, this 22nd day of February, 2006.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD \_\_\_\_\_